UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

VS                                                           CASE NO. 1:99CV121 MMP

ASPLUNDH TREE EXPERT CO.

**JUDGMENT**

This action came before the Court with the Honorable Maurice M. Paul presiding. The issues have been heard and a decision has been rendered.

Judgment dismissing this action. The defendant is entitled to its costs, expenses and attorney fees and the court reserves jurisdiction to enter the same. The Court does not here reach or determine any of the other summary judgment issues presented by the parties. Costs are allowed as provided by law.

SHEILA HURST-RAYBORN, ACTING CLERK

February 20, 2002
DATE

Deputy Clerk: Adelita Tinaya-Miller

Entered On Docket: 2/20/02 By: [signature]
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: Seniata, Jenkins, Mattimore

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST., FLA.
GAINESVILLE, FLA

02 FEB 20 PM 5: 45

Document No. 91                    FILED